Case 1:13-cv-05495-... Document ... Filed 06/25/... Page 5 of ... PageID #: 169

# Recipient Claim Detail Report

NEW York State Department OF Health
Office OF Medicaid MANAGEMENT
Recipient PROFILE

Page: 5 of 18
RUN DATE: 04/01/2013
DATA AS OF: 02/28/2013

Recipient ID: REDACTED  NAME: REDACTED  
DATE OF Birth: REDACTED  Gender: F  
CASE TYPE (most recent clm): 50  County Code (most recent clm): 66  
Selected COS Code: All  Service Dates: 01/01/2008 - 02/28/2013

| ID | Loc | Cat | --Provider-- NAME | Clm Stat | Amount Paid | Service Code | Diag | Units | FROM | TO | Claim Reference | Cyc | - Payment - DATE | Refer/Pres Provider |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 85.85 | 3800 | 799.9 | 1 | 01/10/2010 | 01/10/2010 | C1001700007633020 | 1692 | 01/25/2010 | |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 2R | -2.26 | 3800 | 799.9 | 0 | 01/10/2010 | 01/10/2010 | C1001700007633020 | 1828 | 09/03/2012 | |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 44.39 | 3833 | 799.9 | 1 | 01/10/2010 | 01/10/2010 | C1001700007633220 | 1692 | 01/25/2010 | |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 85.85 | 3800 | 799.9 | 1 | 01/17/2010 | 01/17/2010 | C1002400058938120 | 1693 | 02/01/2010 | |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 2R | -2.26 | 3800 | 799.9 | 0 | 01/17/2010 | 01/17/2010 | C1002400058938120 | 1828 | 09/03/2012 | |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 44.39 | 3833 | 799.9 | 1 | 01/17/2010 | 01/17/2010 | C1002400058939020 | 1693 | 02/01/2010 | |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 85.85 | 3800 | 799.9 | 1 | 01/24/2010 | 01/24/2010 | C1003000051714920 | 1694 | 02/08/2010 | |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 2R | -2.26 | 3800 | 799.9 | 0 | 01/24/2010 | 01/24/2010 | C1003000051714920 | 1828 | 09/03/2012 | |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 44.39 | 3833 | 799.9 | 1 | 01/24/2010 | 01/24/2010 | C1003000051715120 | 1694 | 02/08/2010 | |
| 2953318 | 005 | 0160 | CHARLES B WANG COMM HTH CTR I | 1 | 2.45 | 0053640406510 | | 100 | 02/17/2010 | 02/17/2010 | C1004800059834330 | 1696 | 06/22/2010 | |
| 2953318 | 005 | 0160 | CHARLES B WANG COMM HTH CTR I | 1 | 22.14 | ZZZZ | 790.99 | 1 | 02/17/2010 | 02/17/2010 | C1004800059834330 | 1703 | 04/12/2010 | |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 85.85 | 3800 | 799.9 | 1 | 02/28/2010 | 02/28/2010 | C1006600010843380 | 1699 | 03/15/2010 | |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 2R | -2.26 | 3800 | 799.9 | 0 | 02/28/2010 | 02/28/2010 | C1006600010843380 | 1828 | 09/03/2012 | |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 44.39 | 3833 | 799.9 | 1 | 02/28/2010 | 02/28/2010 | C1006600010843820 | 1699 | 03/15/2010 | |
| 2957242 | 003 | 0441 | CHOI & TAM INC | 1 | 7.88 | 0053619270?2 | | 30 | 03/03/2010 | 03/03/2010 | C1006000108435220 | 1699 | 03/15/2010 | 00876848 |
| 1989366 | 003 | 9901 | RAYMOND FONG MD PC | 1 | 128.63 | 92014 | 366.16 | 1 | 03/03/2010 | 03/03/2010 | C1009700007684320 | 1703 | 04/12/2010 | 02396463 |
| 1989366 | 003 | 9901 | RAYMOND FONG MD PC | 1 | 21.59 | 92135 | 362.82 | 1 | 03/03/2010 | 03/03/2010 | C1009700007684320 | 1703 | 04/12/2010 | 02396463 |
| 1989366 | 003 | 9901 | RAYMOND FONG MD PC | 1 | 31.18 | 92226 | 362.57 | 1 | 03/03/2010 | 03/03/2010 | C1009700007684320 | 1703 | 04/12/2010 | 02396463 |
| 1989366 | 003 | 9901 | RAYMOND FONG MD PC | 1 | 16.60 | 92082 | 362.57 | 1 | 03/03/2010 | 03/03/2010 | C1009700007684320 | 1703 | 04/12/2010 | 02396463 |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 85.85 | 3800 | 799.9 | 1 | 03/07/2010 | 03/07/2010 | C1007200096402620 | 1700 | 03/22/2010 | |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 2R | -2.26 | 3800 | 799.9 | 0 | 03/07/2010 | 03/07/2010 | C1007200096402620 | 1828 | 09/03/2012 | |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 44.39 | 3833 | 799.9 | 1 | 03/07/2010 | 03/07/2010 | C1007200096404720 | 1700 | 03/22/2010 | |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 85.85 | 3800 | 799.9 | 1 | 03/21/2010 | 03/21/2010 | C1008700003788720 | 1702 | 04/05/2010 | |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 2R | -2.26 | 3800 | 799.9 | 0 | 03/21/2010 | 03/21/2010 | C1008700003789220 | 1828 | 09/03/2012 | |
| 2995724 | 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 44.39 | 3833 | 799.9 | 1 | 03/21/2010 | 03/21/2010 | C1008700003787720 | 1702 | 04/05/2010 | |

Case 1:13-cv-04937-NGG-JO Document 23-15 Filed 06/23/15 Page 6 of 7 PageID #: 170

# Recipient Claim Detail Report

NEW York State Department OF Health
Office OF Medical MANAGEMENT
Recipient PROFILE

Page: 6 of 18
RUN DATE: 04/01/2013
DATA AS OF: 02/28/2013

Recipient ID REDACTED — NAME REDACTED

DATE OF Birth REDACTED — Gender: F

CASE TYPE (most recent clm):50 — County Code (most recent clm):66

Selected COS Code: All — Service Dates: 01/01/2008 - 02/28/2013

| Loc | Cat | Provider NAME | Clm Stat | Amount Paid | Service Code | Diag | Units | FROM | TO | Claim Reference | Cyc | Payment DATE | Refer/Pres Provider |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 003 | 0441 | CHOI & TAM INC | 1 | 7.88 | 0053619707072 | | 30 | 03/31/2010 | 03/31/2010 | C1009000038614430 | 1702 | 04/05/2010 | 00876848 |
| 004 | 0460 | NGUYEN DANG DUNG MD | 1 | 3.06 | 99213 | 585.3 | 1 | 03/31/2010 | 03/31/2010 | C1021500141021720 | 1720 | 08/09/2010 | 02404415 |
| 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 85.85 | 3800 | 799.9 | 1 | 04/11/2010 | 04/11/2010 | C1010800030778920 | 1705 | 04/26/2010 | |
| 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 2R | -2.26 | 3800 | 799.9 | 0 | 04/11/2010 | 04/11/2010 | C1010800030779120 | 1828 | 09/03/2012 | |
| 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 44.39 | 3833 | 799.9 | 1 | 04/11/2010 | 04/11/2010 | C1010800030779120 | 1705 | 04/26/2010 | |
| 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 85.85 | 3800 | 799.9 | 1 | 04/22/2010 | 04/22/2010 | C1011500024421200 | 1706 | 05/03/2010 | |
| 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 2R | -2.26 | 3800 | 799.9 | 0 | 04/22/2010 | 04/22/2010 | C1011500024421200 | 1828 | 09/03/2012 | |
| 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 44.39 | 3833 | 799.9 | 1 | 04/22/2010 | 04/22/2010 | C1011500024421200 | 1706 | 05/03/2010 | |
| 003 | 0441 | CHOI & TAM INC | 1 | 7.88 | 0053619707072 | | 30 | 04/23/2010 | 04/23/2010 | C1011300074142730 | 1706 | 05/03/2010 | 00876848 |
| 003 | 0441 | CHOI & TAM INC | 1 | 7.88 | 0053619707072 | | 30 | 04/23/2010 | 04/23/2010 | C1011500024472720 | 1706 | 05/03/2010 | 00876848 |
| 003 | 0160 | CHARLES B WANG COMM HTH CTR I | 1 | 2.45 | 0053635471 0 | 401.9 | 100 | 05/12/2010 | 05/12/2010 | C1026600090165120 | 1708 | 05/17/2010 | 02404415 |
| 003 | 0160 | CHARLES B WANG COMM HTH CTR I | 1 | 22.14 | ZZZZ | | 1 | 05/12/2010 | 05/12/2010 | C1026600091657230 | 1728 | 10/04/2010 | |
| 003 | 0160 | CHARLES B WANG COMM HTH CTR I | 1 | 141.09 | 1610 | | 1 | 05/17/2010 | 05/17/2010 | C1016700000988320 | 1713 | 06/21/2010 | |
| 003 | 0160 | CHARLES B WANG COMM HTH CTR I | 7 | 9.23 | 1610 | | 0 | 05/17/2010 | 05/17/2010 | C1016700000988320 | 1714 | 06/28/2010 | |
| 003 | 0160 | CHARLES B WANG COMM HTH CTR I | 8 | .70 | 1610 | | 0 | 05/17/2010 | 05/17/2010 | C1016700000988320 | 1731 | 10/25/2010 | |
| 003 | 0441 | CHOI & TAM INC | 1 | 7.88 | 0053619707072 | | 30 | 05/20/2010 | 05/20/2010 | C1015800026264720 | 1712 | 06/14/2010 | 00876848 |
| 003 | 0160 | CHARLES B WANG COMM HTH CTR I | 1 | 22.14 | ZZZZ | | 1 | 05/20/2010 | 05/20/2010 | C1015800026264720 | 1828 | 09/03/2012 | |
| 003 | 0441 | CHOI & TAM INC | 8 | 7.88 | 0053619707072 | | 30 | 05/24/2010 | 05/24/2010 | C1044000065323630 | 1710 | 05/31/2010 | 00876848 |
| 003 | 0160 | CHARLES B WANG COMM HTH CTR I | 1 | 22.14 | ZZZZ | 401.9 | 1 | 05/26/2010 | 05/26/2010 | C1026500093167020 | 1728 | 10/04/2010 | |
| 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 86.85 | 3800 | 799.9 | 1 | 05/30/2010 | 05/30/2010 | C1015800026024200 | 1712 | 06/14/2010 | |
| 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 2R | -2.26 | 3800 | 799.9 | 0 | 05/30/2010 | 05/30/2010 | C1015800026024200 | 1828 | 09/03/2012 | |
| 003 | 0383 | NORTHERN MANOR GERIATRIC CTR | 1 | 44.39 | 3833 | 799.9 | 1 | 05/30/2010 | 05/30/2010 | C1015800026264720 | 1712 | 06/14/2010 | |
| 003 | 0160 | CHARLES B WANG COMM HTH CTR I | 1 | 22.14 | ZZZZ | 401.9 | 1 | 06/09/2010 | 06/09/2010 | C1023000162785220 | 1722 | 08/23/2010 | |
| 003 | 0441 | CHOI & TAM INC | 1 | 7.88 | 0053619707072 | | 30 | 06/30/2010 | 06/30/2010 | C1018100004220730 | 1715 | 07/05/2010 | 00876848 |
| 003 | 0160 | CHARLES B WANG COMM HTH CTR I | 1 | 4.64 | 99214 | 585.3 | 1 | 06/30/2010 | 06/30/2010 | C1023000162786520 | 1722 | 08/23/2010 | |
| 004 | 0460 | NGUYEN DANG DUNG MD | 1 | 22.14 | ZZZZ | 401.9 | 1 | 07/12/2010 | 07/12/2010 | C1026600089167220 | 1728 | 10/04/2010 | 02404415 |
| 003 | 0441 | CHARLES B WANG COMM HTH CTR I | 1 | 2.45 | 0053635471 0 | | 100 | 07/26/2010 | 07/26/2010 | C1026700008265030 | 1719 | 08/02/2010 | 02404415 |
| 003 | 0441 | CHOI & TAM INC | 1 | 7.88 | 0053619707072 | | 30 | 07/29/2010 | 07/29/2010 | C1021000021469730 | 1720 | 08/09/2010 | 00876848 |