Robert W. Sadowski, Esq.
SADOWSKI FISCHER PLLC
39 Broadway, Suite 1540
New York, New York 10006
Tel. No.: (212) 913-9678
*Attorneys for Relator Orlando Lee*

Noah Kinigstein, Esq.
315 Broadway, Suite 200
New York, New York 10007
Tel. No.: (212) 285-9300
*Attorney for Relator Melville Luckie*

-and-

Petro Zinkovetsky, Esq.
432 Park Avenue South
10th Floor
New York, New York 10016
Tel. No.: (212) 729-4090
*Attorney for Relator Luz Gonzalez*
*Of counsel for the brief*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA and
NEW YORK STATE *ex rel.* ORLANDO LEE,
MELVILLE LUCKIE and LUZ GONZALEZ,

                               Plaintiffs/Relators,

         - against -

NORTHERN ADULT DAILY HEALTH CARE
CENTER and GALENA DEVERMAN,

                                   Defendants.

**NOTICE OF MOTION**
Civ. No. CV 13-4933 (MKB)

     PLEASE TAKE NOTICE that upon the attached memorandum of law and declaration of

Robert W. Sadowski, Plaintiffs/Relators will move this Court, Judge Margo K. Brodie, 225

Cadman Plaza East, Brooklyn, New York 11201 at Courtroom 6F, on a day to be determined by this Court, granting Plaintiffs/Relators' an alternate remedies award pursuant to 31 U.S.C. § 3730(d), the Federal False Claims Act, and New York State Finance Law § 190(5)(c), the New York False Claims Act.

Dated: New York, New York
       July 27, 2015

By:

SADOWSKI FISCHER PLLC
Attorneys for the United States of America
*ex rel.* Orlando Lee

/s/Robert W. Sadowski
Robert W. Sadowski
39 Broadway
Suite 1540
New York, New York 10006
212 913 9678
rsadowski@sflawgroup.com


NOAH KINIGSTEIN, ESQ.
Attorneys for the United States of America
*ex rel.* Melville Luckie

/s/ Noah Kinigstein
315 Broadway, Suite 200
New York, New York 10007
Tel. No.: (212) 285-9300

 -and-

PETRO ZINKOVETSKY, ESQ.
Attorneys for the United States of America
*ex rel. Luz Gonzalez*
*Of counsel for the brief*

/s/Petro Zinkovetsky
432 Park Avenue South
10th Floor
New York, New York 10016
Tel. No.: (212) 729-4090

TO:
Kenneth M. Abell, Esq.
Assistant United States Attorney
United States Attorney for the
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Jill Diane Brenner, Esq.
New York State Attorney General
Medicaid Fraud Control Unit
120 Broadway
New York, New York 10006

Frank Anthony Hess, Esq.
Peckar & Abramson, PC
70 Grand Avenue
River Edge, New Jersey 07661