Robert W. Sadowski, Esq.
SADOWSKI FISCHER PLLC
39 Broadway, Suite 1540
New York, New York 10006
Tel. No.: (212) 913-9678
*Attorneys for Relator Orlando Lee*

Noah Kinigstein, Esq.
315 Broadway, Suite 200
New York, New York 10007
Tel. No.: (212) 285-9300
*Attorney for Relator Melville Luckie*

-and-

Petro Zinkovetsky, Esq.
432 Park Avenue South
10th Floor
New York, New York 10016
Tel. No.: (212) 729-4090
*Attorney for Relator Luz Gonzalez*
*Of counsel for the brief*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA and NEW YORK STATE *ex rel.* ORLANDO LEE, MELVILLE LUCKIE and LUZ GONZALEZ,<br><br>Plaintiffs/Relators,<br><br>- against -<br><br>NORTHERN ADULT DAILY HEALTH CARE CENTER and GALENA DEVERMAN,<br><br>Defendants. | Civ. No. CV 13-4933 (MKB) |

### DECLARATION OF ROBERT W. SADOWSKI

I, Robert W. Sadowski, attorney for Relator Orlando Lee, submit this declaration in support of Relators' Motion for Alternate Remedy, and allege as follows:

1. Attached hereto please find Exhibit A, Relators' Complaint, dated September 3, 2013.

2. Attached hereto please find Exhibit B, the Press Release for the Non-Prosecution Agreement Defendant Northern Adult Daily Health Care Center and the New York Attorney General's Medicaid Fraud Control Unit, dated August 12, 2014.

3. Attached hereto please find Exhibit C, the Non-Prosecution Agreement between Defendant Northern Adult Daily Health Care Center and the New York Attorney General's Medicaid Fraud Control Unit, dated June 26, 2014.

4. Attached hereto please find Exhibit D, Relators' Amended Complaint, dated June 25, 2015.

Dated: New York, New York
July 27, 2015

By: /s/Robert W. Sadowski
Robert W. Sadowski