# Sadowski Fischer PLLC

39 Broadway
Suite 1540
New York, NY 10006

phone: 212 913 9678
fax: 646 502 5357
www.sflawgroup.com

September 22, 2015

The Honorable Margo K. Brodie
225 Cadman Plaza East
Brooklyn, New York  11201
Courtroom: 6F
Chambers: N 626

Re:   *United States and New York* ex rel. *Lee, Luckie, and Gonzalez v. Northern Adult Daily Health Care Center and Deverman*, Civ. No. CV 13-4933 (MKB)

Dear Judge Brodie:

We represent the Plaintiffs/Relators in the above-captioned matter. Attached please find:

1. Plaintiffs/Relators' Notice of Motion; *Courtesy Copy – Original was electronically filed and assigned document number 35;*
2. Plaintiffs/Relators' Memorandum of Law in Support of Motion for Alternate Remedies; *Courtesy Copy – Original was electronically filed and assigned document number 36;*
3. Declaration of Robert W. Sadowski in Support of Motion for Alternate Remedies; *Courtesy Copy – Original was electronically filed and assigned document number 37;*
4. Exhibit A to the Declaration of Robert W. Sadowski, Relators' Complaint dated September 4, 2013;
5. Exhibit B to the Declaration of Robert W. Sadowski, the Press Release for the Non-Prosecution Agreement Defendant Northern Adult Daily Health Care Center and the New York Attorney General's Medicaid Fraud Control Unit, dated August 12, 2014;
6. Exhibit C to the Declaration of Robert W. Sadowski, the Non-Prosecution Agreement between Defendant Northern Adult Daily Health Care Center and the New York Attorney General's Medicaid Fraud Control Unit, dated June 26, 2014;
7. Exhibit D to the Declaration of Robert W. Sadowski, Relators' Amended Complaint, dated June 25, 2015;
8. Affirmation of Service, dated July 27, 2015; *Courtesy Copy – Original was electronically filed and assigned document number 38;*
9. Letter response from Jill D. Brenner, Special Assistant Attorney General, Medicaid Fraud Control Unit, dated August 7, 2015.

Regards,

Michael J. DeRienzo

Enc.

CC

Magistrate Judge James Orenstein
225 Cadman Plaza East
Brooklyn, New York  11201
Courtroom: 11D South
Chambers: Room 1227 South

Kenneth M. Abell, Esq.
Assistant United States Attorney
United States Attorney for the
Eastern District of New York
610 Federal Plaza
Central Islip, New York  11722

Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530-0001

Jill Diane Brenner, Esq.
New York State Attorney General
Medicaid Fraud Control Unit
120 Broadway
New York, New York  10006

Frank Anthony Hess, Esq.
Peckar & Abramson, PC
70 Grand Avenue
River Edge, New Jersey  07661


CC via electronic copy:

Noah Kinigstein, Esq.
Petro Zinkovetsky, Esq.