

State of New York
## OFFICE OF THE ATTORNEY GENERAL
### MEDICAID FRAUD CONTROL UNIT
Civil Enforcement Division, 120 Broadway, 13th Floor, New York, New York 10271-0007
(212) 417-5300
Fax: (212) 417-5335 (Not for service of papers)

ERIC T. SCHNEIDERMAN
Attorney General

AMY HELD
Acting Director

PAUL J. MAHONEY
Assistant Deputy Attorney General

October 13, 2015

Robert W. Sadowski, Esq.
39 Broadway, Suite 1540
New York, NY 10006

Noah Kinigstein, Esq.
315 Broadway, Suite 2100
New York, NY 10007

Petro Zinkovetsky, Esq.
432 Park Avenue South, 10th Floor
New York, NY 10016

Frank A. Hess, Esq.
Peckar & Abramson, PC
70 Grand Avenue
River Edge, NJ 07661

Kenneth M. Abell, Esq.
United States Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *U.S. ex rel. Lee et al. v. Northern Adult Daily Health Care Center et al.*
            *Case No. 13-CV-4933 (MKB)(JO)*
            *Statement of Interest in Regard to Defendant's Motion to Dismiss (Docket #33)*

Dear Parties:

      We represent Plaintiff the State of New York in the above-referenced action. Enclosed please find the State's Statement of Interest in Regard to Defendant's Motion to Dismiss.

Very truly yours,

Jill D. Brenner
Special Assistant Attorney General
Medicaid Fraud Control Unit
120 Broadway, 13th Floor
New York, New York 10271
Telephone: (212) 417-5377
Facsimile: (212) 417-5335