# Robert W. Sadowski PLLC

800 Third Avenue, 28th Floor
New York, New York 10022
Phone: 646-503-5341

Fax: 646-503-5348
rsadowski@robertwsadowski.com

October 28, 2019

Hon. Margo K. Brodie
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Chambers N 626
Brooklyn, New York 11201

       Re: *United States and New York State ex rel. Orlando Lee et al. v. Northern Adult Daily Health Care Center et al.,* Civ. No. CV 13-4933 (EDNY) (MKB)

Dear Judge Brodie:

       The Court had ordered Plaintiffs to submit their damages calculation in the referenced case to the Court by October 25, 2019. While Plaintiffs were prepared to do so, in coordinating our submission with the Government, we have been informed by the United States Attorney's Office for the Eastern District of New York, that Plaintiffs' proposed damages calculation has been submitted to the Department of Justice in Washington, D.C. for review, and that we will have the Government's position on damages by today. Accordingly, we respectfully request nunc pro tunc a brief extension of time to submit damages calculations until tomorrow October 29, 2019.

       Respectfully submitted,

       s/Robert W. Sadwoski
       Robert W. Sadowski