UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA and
NEW YORK STATE *ex rel.* ORLANDO LEE,
MELVILLE LUCKIE and LUZ GONZALEZ,

        Plaintiffs/Relators,

- against -

NORTHERN METROPOLITAN
FOUNDATION FOR HEALTHCARE, INC.,
NORTHERN MANOR MULTICARE
CENTER, INC. AND NORTHERN MANOR
ADULT DAY HEALTH CARE PROGRAM,

        Defendants.

**NOTICE OF CHANGE OF ADDRESS FOR NOAH A. KINIGSTEIN**

Civ. No. CV 13-4933 (MKB)

    I, Noah A. Kinigstein, was formerly located at 315 Broadway, Suite 200, New York, NY 10007. My new address is Noah A. Kinigstein, 225 Broadway, Suite 1901, New York, NY 10007.

Dated: New York, New York
        December 23, 2019

        Noah A. Kinigstein, Esq.
        *Attorney for Plaintiff-Relator*
        *Melville Luckie*

        Noah A. Kinigstein, Esq.
        225 Broadway, Suite 1901
        New York, NY 10007
        Tel.: (212) 285-9300
        Fax: (212) 766-2298
        E-mail- **nakasequal@aol.com**