UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA and NEW YORK STATE
ex rel. ORLANDO LEE, MMELVILLE LUCKIE and
LUZ GONZALEZ,

               Plaintiffs,

      -against-

JUDGMENT
13-CV-4933(EK)(RER)

NORTHERN METROPOLITAN FOUNDATION FOR
HEALTHCARE, INC., NORTHERN MANOR
MULTICARE CENTER, INC. and NORTHERN MANOR
ADULT DAY HEALTH CARE PROGRAM,

             Defendants.
------------------------------------------------------------ X

    A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on August 25, 2021, directing the Clerk of Court to enter judgment for Defendants; it is

    ORDERED and ADJUDGED that judgment is hereby entered in favor for Defendants.

Dated: Brooklyn, NY
       August 26, 2021

Douglas C. Palmer
Clerk of Court

By: /s/Jalitza Poveda
      Deputy Clerk